UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**COREY HOLLENBECK,**

                **Plaintiff,**

      v.                                7:12-CV-1240
                                          (NAM/ATB)

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

APPEARANCES:                                           OF COUNSEL:

Conboy, McKay Law Firm                                 Lawrence D. Hasseler, Esq.
307 State Street
Carthage, NY 13619
Counsel for Plaintiff

Social Security Administration                         Kristina Cohn, Esq.
Office of Regional General Counsel                     Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 20th day of June 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The decision of the Commissioner is affirmed, and the plaintiff's complaint is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  July 12, 2013
         Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge