# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Corey J. Hollenbeck**
          Plaintiff
 vs.                      CASE NUMBER: 7:12-CV-1240 (NAM/ATB)

**Commissioner of Social Security**
          Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Andrew T. Baxter is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED, therefore the Complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 12th day of July, 2013.

DATED: July 16, 2013

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk